# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MASSACHUSETTS
# BOSTON DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>JOHN PATRICK O'NEILL and ROBERT BRAY,<br><br>Defendants. | Civil Action No. 1:14-cv-13381-ADB |

## JOINT STATUS REPORT

Plaintiff Securities and Exchange Commission ("the SEC") and Defendant Robert Bray jointly submit this Status Report, pursuant to the Court's May 31, 2016 order. Since the last status conference, Mr. Bray has filed the opening brief on appeal from his related criminal conviction (1st Cir. No. 16-1579), the U.S. Court of Appeals for the First Circuit granted Mr. Bray's motion for release pending appeal (No. 14-cr-10356, Dkt. 111), indicating that the appeal presents "a substantial question of law or fact likely to result in … reversal [or] … an order for a new trial" (18 U.S.C. § 3143(b)(1)(B)), and Mr. Bray has retained new counsel on the above-captioned matter (Dkt. 40).

The parties are currently reviewing the terms of a proposed agreement in principle that would settle this matter. Due to scheduling issues and Mr. Bray's recent change of counsel, the parties have not yet concluded that process. The parties agree that any settlement could not be finalized before Mr. Bray's criminal appeal is resolved.[1]

---

[1] The Commission must review any settlement-in-principle negotiated by Commission staff. If the Commission accepts the settlement terms, the settlement is complete subject, of course, to final approval by the Court.

Accordingly, Mr. Bray requests that these proceedings be stayed until the First Circuit has resolved his pending criminal appeal and issued its mandate.  The SEC does not oppose Mr. Bray's request and the parties agree that it serves the interests of justice.  A stay will not prejudice the Court or any other parties, because the only other defendant in this litigation, Mr. O'Neill, has previously settled with the Commission (Dkts. 41-42).

| | |
|---|---|
| /s/ David H. London | /s/ Emily R. Schulman |
| David H. London (BBO #638289) | Emily R. Schulman (BBO #566374) |
| U.S. SECURITIES AND EXCHANGE COMMISSION | WILMER CUTLER PICKERING |
| 33 Arch Street, 24th Floor |    HALE AND DORR LLP |
| Boston, MA 02110 | 60 State Street |
| Tel: (617) 573-8997 | Boston, MA 02109 |
| Fax: (617) 573-4590 | Tel: (617) 526-6077 |
| londond@sec.gov | Fax: (617) 526-5000 |
| *Counsel for Plaintiff Securities* | emily.schulman@wilmerhale.com |
| *and Exchange Commission* | *Counsel for Defendant Robert Bray* |

Dated:  September 7, 2016

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the CM/ECF system will be sent electronically to all counsel of record via the CM/ECF system.

/s/ Emily R. Schulman
Emily R. Schulman