UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 1:14-cv-13381-ADB |
| J. PATRICK O'NEILL and ROBERT H. BRAY, | ) ) | |
| Defendants. | ) ) ) | |

**STATUS REPORT**

Pursuant to the Court's Order dated June 27, 2017 (Dkt. No. 45), the Commission and counsel for Robert Bray hereby report that on February 24, 2017, the United States Court of Appeals for the First Circuit affirmed Mr. Bray's conviction in the criminal case *United States v. Robert H. Bray*, Criminal No. 14-cr-10356-WGY.  Thereafter, Mr. Bray was ordered to self-surrender on May 19, 2017.  In late April 2017, the Commission staff and Mr. Bray agreed in principle to settle the Commission's claims against Mr. Bray.  The agreement-in-principle requires approval from the Commission, and the Commission's counsel had begun the process of seeking that approval.  Before the Commission reviewed Mr. Bray's settlement offer, the Commission staff was informed in late May 2017 that he did not self-surrender on the appointed date.  The Commission staff understands that there is an outstanding arrest warrant for Mr. Bray.

Because the terms of the settlement-in-principle are contingent on Mr. Bray surrendering for his term of incarceration, the Commission cannot presently consider the pending settlement-in-principle with Mr. Bray.  Once Mr. Bray is located or turns himself in and he is transferred to the custody of the Federal Bureau of Prisons ("BOP"), the Commission would then consider the settlement to which the Commission staff has already agreed in principle.  Based on the

foregoing, the parties request that this Court allow the stay (Dkt. No. 44) to remain in place for a reasonable additional period to afford the authorities sufficient time to locate Mr. Bray and transfer him to BOP custody.

The Commission staff has conferred with counsel for Mr. Bray who represented that, although they have not been in communication with Mr. Bray, they do not oppose the request that the stay remain in place.

Dated:  June 29, 2017

Respectfully submitted,

**SECURITIES AND EXCHANGE COMMISSION**,
By its attorneys,

/s/ David H. London
David H. London (Mass. Bar No. 638289)
J. Lauchlan Wash (Mass. Bar No. 629092)
Securities and Exchange Commission
Boston Regional Office
33 Arch Street, 24th Floor
Boston, Massachusetts 02110
Telephone: (617) 573-8997 (London direct)
Email: londond@sec.gov; washj@sec.gov

Certificate of Service

I hereby certify that, on June 29, 2017, a true and correct copy of the foregoing document was filed through the Court's CM/ECF system, and accordingly, the document will be sent electronically to all participants registered to receive electronic notice in this case.

/s/ David H. London
David H. London