UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. No. 1:14-cv-13381-ADB |
| J. PATRICK O'NEILL and ROBERT H. BRAY, | ) ) | |
| Defendants. | ) ) ) | |

**STATUS REPORT AND MOTION FOR ENTRY OF PROPOSED
FINAL JUDGMENT AS TO  DEFENDANT ROBERT H. BRAY**

Pursuant to the Court's Order dated June 29, 2017 (Dkt. No. 47), Plaintiff Securities and

Exchange Commission (the "Commission") reports that on August 11, 2017, Bray was located

and arrested in Puerto Rico and transferred to the custody of the Federal Bureau of Prisons.  As a

result, the Commission was able to consider the settlement with Bray to which the Commission

staff had already agreed in principle, and the Commission has agreed to all terms in the attached

proposed Final Judgment.

The Commission now respectfully moves that this Court enter the proposed Final

Judgment as to Defendant Bray.  In support of this motion, the Commission has also filed a

Consent signed by Bray, memorializing his agreement to the terms of the proposed Final

Judgment.

Dated:  October 23, 2017

Respectfully submitted,

**SECURITIES AND EXCHANGE COMMISSION**,
By its attorneys,

/s/ David H. London
David H. London (Mass. Bar No. 638289)
J. Lauchlan Wash (Mass. Bar No. 629092)
Securities and Exchange Commission
Boston Regional Office
33 Arch Street, 24th Floor
Boston, Massachusetts 02110
Telephone: (617) 573-8997 (London direct)
Email: londond@sec.gov; washj@sec.gov

Certificate of Service

I hereby certify that On October 23, 2017, a true and correct copy of the foregoing document was filed through the Court's CM/ECF system, and accordingly, the document will be sent electronically to all participants registered to receive electronic notice in this case.

/s/ David H. London
David H. London